1  CHRIS BAKER, State Bar No. 181557
   cbaker@bakerlp.com
2  MIKE CURTIS, State Bar No. 252392
   mcurtis@bakerlp.com
3  BAKER CURTIS & SCHWARTZ, P.C.
4  1 California Street, Suite 1250
   San Francisco, CA 94111
5  Telephone: (415) 433-1064
6  Fax:  (415) 366-2525

7  DAVID CRUTCHER, State Bar No. 135407
8  david@crutcherlaw.com
   790 Mission Avenue
9  San Rafael, CA  94901

10 Attorneys for Plaintiffs
11 D.L. MARKHAM, DDS, MSD, INC. 401(K) PLAN
   and D.L. MARKHAM, DDS, MSD, INC., as plan administrator
12

13              UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16 D.L. MARKHAM, DDS, MSD, INC. 401(K) PLAN; | Case No. 2:21-cv-00007-TLN-KJN |
| 17 1101 Maidu Drive, | **AMENDED SCHEDULING ORDER** |
| 18 Auburn, California, 95603, | |
| 19 D.L. MARKHAM, DDS, MSD, INC., as plan administrator; | Complaint Filed: January 4. 2021<br>Trial Date: None set |
| 20 1101 Maidu Drive, Auburn, California, 95603, on behalf of | |
| 21 themselves and others similarly situated, | |
| 22           Plaintiffs, | |
| 23                v. | |
| 24 THE VARIABLE ANNUITY LIFE INSURANCE COMPANY (VALIC); VALIC | |
| 25 FINANCIAL ADVISORS, INC,; VALIC RETIREMENT SERVICES COMPANY; | |
| 26 2929 Allen Parkway, Houston, Texas, 77019, | |
| 27           Defendants. | |
| 28 | |

Pursuant to the Court's February 8, 2021 Minute Order [Dkt. 13], the parties, Plaintiffs D.L. MARKHAM, DDS, MSD, INC. 401(k) PLAN; 1101 Maidu Drive, Auburn, California, 95603, D.L. MARKHAM, DDS, MSD, INC., as plan administrator; 1101 Maidu Drive, Auburn, California, 95603, on behalf of themselves and others similarly situated ("Plaintiffs") and Defendants THE VARIABLE ANNUITY LIFE INSURANCE COMPANY (VALIC), VALIC FINANCIAL ADVISORS, INC. and VALIC RETIREMENT SERVICES COMPANY (collectively "VALIC Defendants"), by and through their respective counsel, submit the following Proposed Amended Scheduling Order:

1. The parties shall confer as required by Federal Rule of Civil Procedure 26(f) by March 5, 2021.

2. The parties shall complete all discovery, with the exception of expert discovery, no later than 365 days from the date upon which the last answer may be filed with the Court pursuant to the Federal Rules of Procedure.

3. 30 days after the close of discovery, Plaintiffs' counsel shall designate in writing, file with the Court, and serve upon all other parties the name, address, and area of expertise of each expert that Plaintiffs propose to tender at trial or in a subsequently filed motion. The designation shall be accompanied by a written report prepared and signed by the witness. The report shall comply with Federal Rule of Civil Procedure 26(a)(2)(B).

4. 60 days after the close of discovery, Defendants' counsel shall designate in writing, file with the Court, and serve upon all other parties the name, address, and area of expertise of each expert that Defendants propose to tender at trial or in a subsequently filed motion. The designation shall be accompanied by a written report prepared and signed by the witness. The report shall comply with Federal Rule of Civil Procedure 26(a)(2)(B).

5. 30 days after the Defendants' designation of expert witnesses, Plaintiff may designate a supplemental list of expert witnesses who will express an opinion on a subject covered by Defendants' expert(s). The right to designate a supplemental expert is for rebuttal purposes only.

All experts designated are to be fully prepared at the time of designation to render an

informed opinion, and given their bases for their opinion, so that they will be able to give full and complete testimony at any deposition taken by the opposing party. Expert discovery shall close either 30 days after Defendants' designation of their experts or 30 days after Plaintiffs' supplemental designation, whichever is later.

6. Pursuant to Federal Rule of Civil Procedure 26(e), the parties shall exchange any supplemental disclosures and responses (including expert supplemental materials) no later than 30 days prior to the class certification hearing date. Any supplemental disclosures and responses necessary after said date will require leave of Court good cause having been shown.

7. Plaintiffs shall file their motion for class certification within 60 days of the supplemental expert witness designation deadline.

8. The parties shall file dispositive motions no later than 60 days after receiving the Court's ruling(s) on class certification.

9. The parties shall file a Joint Notice of Trial Readiness no later than 30 days after receiving the Court's ruling(s) on the last filed dispositive motion(s).

Dated: February 16, 2021                McDOWELL HETHERINGTON LLP


By: */S/*
    David T. McDowell
    Blaire J. Johnson
    Charan M. Higbee

Attorneys for Defendants THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, VALIC FINANCIAL ADVISORS, INC, and VALIC RETIREMENT SERVICES COMPANY

1 | Dated: February 16, 2021                    BAKER CURTIS & SCHWARTZ, P.C.

By: */S/ Michael Curtis*
    Chris Baker
    Michael Curtis

    David F. Crutcher
    Law Office of David F. Crutcher

Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: February 17, 2021

_____
Troy L. Nunley
United States District Judge