David T. McDowell, TX Bar No. 00791222
(Admitted *Pro Hac Vice*)
Blaire Bruns Johnson Texas Bar No. 24064968*
(*Pro Hac Application To Be Filed*)
**McDOWELL HETHERINGTON LLP**
1001 Fannin Street, Suite 2700
Houston, TX 77002
Telephone:   713.337.5580
Facsimile:    713.337.8850
Email: david.mcdowell@mhllp.com
            blaire.johnson@mhllp.com

Charan M. Higbee No. 148293
**McDOWELL HETHERINGTON LLP**
1 Kaiser Plaza, Suite 340
Oakland, CA 94612
Telephone:   510.628.2145
Facsimile:    510.628.2146
Email:        charan.higbee@mhllp.com

Attorneys for Defendants THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, VALIC FINANCIAL ADVISORS, INC, and VALIC RETIREMENT SERVICES COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.L. MARKHAM, DDS, MSD, INC. 401(K) PLAN;<br>1101 Maidu Drive,<br>Auburn, California, 95603,<br><br>D.L. MARKHAM, DDS, MSD, INC., as plan administrator;<br>1101 Maidu Drive,<br>Auburn, California, 95603, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>THE VARIABLE ANNUITY LIFE INSURANCE COMPANY (VALIC); VALIC FINANCIAL ADVISORS, INC,; VALIC RETIREMENT SERVICES COMPANY;<br>2929 Allen Parkway, Houston, Texas, 77019,<br><br>    Defendants. | Case No. 2:21-cv-00007-TLN-KJN<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT AND ORDER THEREON**<br><br>[L.R. 144(a)]<br><br>Complaint Filed: January 4. 2021<br>Trial Date: None set |

**IT IS HEREBY STIPULATED**, by and between Plaintiffs D.L. MARKHAM, DDS, MSD, INC. 401(K) PLAN; 1101 Maidu Drive, Auburn, California, 95603, D.L. MARKHAM, DDS, MSD, INC., as plan administrator; 1101 Maidu Drive, Auburn, California, 95603, on behalf of themselves and others similarly situated ("Plaintiffs") and Defendants THE VARIABLE ANNUITY LIFE INSURANCE COMPANY (VALIC); VALIC FINANCIAL ADVISORS, INC.; VALIC RETIREMENT SERVICES COMPANY; 2929 Allen Parkway, Houston, Texas, 77019, (collectively "VALIC Defendants"), by and through their respective counsel, as follows:

1. The VALIC Defendants were served with Plaintiffs' Complaint [Doc. 1 filed in this action] ("the Complaint") on January 5, 2021 and their response to the Complaint was due on January 26, 2021;

2. Plaintiffs and the VALIC Defendants agreed and stipulated to an extension, to and including February 22, 2021, for the VALIC Defendants to answer or otherwise respond to the Complaint [Doc. 8];

3. Lead trial counsel for the VALIC Defendants, David T. McDowell, lives and works in Houston, Texas, as do the attorneys and employees for the VALIC Defendants who are assisting with the preparation of the VALIC Defendants' responses to the Complaint;

4. Mr. McDowell and the relevant attorneys and employees of the VALIC Defendants have been unable to go to their offices in Houston this week (February 16 through 17) due to severe weather conditions in Houston, and they have been unable to adequately work from home due to ongoing service disruptions including the loss of power, heat and water;

5. For these reasons, the parties agree that the VALIC Defendants shall have a second extension to and including **March 1, 2021** to answer or otherwise respond to the Complaint; and

6. This extension will not alter the date of any event or deadline already fixed by Court order.

Dated:  February 17, 2021                    McDOWELL HETHERINGTON LLP


                                             By: */S/ Charan M. Higbee*
                                                  David T. McDowell
                                                  Charan M. Higbee


                                             Attorneys for Defendants THE VARIABLE
                                             ANNUITY LIFE INSURANCE COMPANY,
                                             VALIC FINANCIAL ADVISORS, INC, and
                                             VALIC RETIREMENT SERVICES COMPANY


Dated:  February 17, 2021                    BAKER CURTIS & SCHWARTZ, P.C.


                                             By: */S/ Michael Curtis*
                                                  Chris Baker
                                                  Michael Curtis

                                                  David F. Crutcher
                                                  Law Office of David F. Crutcher

                                             Attorneys for Plaintiffs

## ORDER

   Pursuant to the above stipulation of the parties and good cause having been shown, IT IS SO ORDERED

Dated:  February 17, 2021

                                             _____
                                             Troy L. Nunley
                                             United States District Judge