

United States District Court
Eastern District of California

D.L. Markham, DDS, MSD, Inc., et al.

Plaintiff(s)

V.

The Variable Annuity Life Insurance Co, et al

Defendant(s)

Case Number:  2:21-cv-00007-TLN-KJN

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Elizabeth P. Wroblewski                          hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

The Variable Annuity Life Insurance Co., VALIC Financial Advisors, Inc., and VALIC Retirement Services Co.

On _____10/25/2019_____ (date), I was admitted to practice and presently in good standing in the

_____State of Texas_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have /☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____02/16/2022_____          Signature of Applicant: /s/ Elizabeth P. Wroblewski

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Elizabeth P. Wroblewski |
| Law Firm Name: | McDowell Hetherington LLP |
| Address: | 1001 Fannin |
| | Suite 2700 |
| City: | Houston    State: TX    Zip: 77002 |
| Phone Number w/Area Code: | (713) 337-5580 |
| City and State of Residence: | Houston, Texas |
| Primary E-mail Address: | elizabeth.wroblewski@mhllp.com |
| Secondary E-mail Address: | n/a |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Charan M. Higbee |
| Law Firm Name: | McDowell Hetherington LLP |
| Address: | 1 Kaiser Plaza |
| | Suite 340 |
| City: | Oakland    State: CA    Zip: 94612 |
| Phone Number w/Area Code: | (510) 628-2145    Bar # 148293 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  February 17, 2022

_____
JUDGE, U.S. DISTRICT COURT